May 30, 2022

Your Honor,

Robert Goff and I have been life partners for the past 20 years. My Robert is more than the person you see in the documents before you. I fell in love with a man that has a hard shell with a soft inside. He probably doesn't want me saying that but it's true.

Robert is a very protective, caring, and proud man. One of the first things I noticed about Robert was how sensitive he is about family. Robert is a traditional man that believes he is the provider and protector of his family. But yet at the same time very loving and compassionate. He always wants to make sure no one wants anything. Throughout the years we have seen a lot of ups and a lot of downs. Which of course has put a lot of strain and stress on him and our family. In 2018 our family was going through our most difficult time financially and emotionally. We had planned to transition from Oklahoma to Florida but found ourselves stuck in Oklahoma in a hotel. What was supposed to be 30 days turned into months. The stress, fear, doubt and worry obviously began to take over our minds. And things happened. There is no excuse for what happened and admittedly I question it every day.

We have created a very strong loving close family. I call us the 24/7 family. We work from home and homeschool our kids. We participate in all activities as a family. Now being with each other all day everyday isn't easy, but we are committed to providing our boys the best life. Even through the stress of the case our dedication is to our boys. All our kids know that mom and dad are always here. Here to love, support, guide and even discipline when necessary.

The case is very painful, but very necessary. It was a huge blow at first and it took some time to adjust. But now we are doing our best to come out of this situation better than we have ever been. This is our moment of growth. We have grown mentality and spiritually and are continuing to grow. What felt like the end has become a new beginning. What should have torn us apart has brought us closer. We have even come together and started a business in the transportation industry. Everything is not perfect, far from it but everything gets better one day at a time. We are dedicated to our faith, our family and proving that you are not the sum of your mistakes.

I hope this letter gives you a good idea of our Robert and our family. I am asking for myself and my family that you see Robert is more than what is presented on paper. Things happen and as you know life is not about the mistake you make but how you come out on the other side. And so far this has actually helped us improve our lives. I hope that you will continue to give us the opportunity to continue to improve while you make a fair decision.

*Jamila Gibson*

Judge Ruiz:

I Veronica Gibson (mother-in-law) is writing on behalf of Robert Goff, one extraordinary young father, son, companion, Big Brother and friend. I have known this Young man for about 20 yrs, in this time I seen him grow from a single hard working man into a lasting relationship and to fatherhood, the best father ever of 3 young boys ages 12, 10, and 8. He is definitely a hands on Dad, he and his companion Home School the boys he is involved in every aspect of their lives, together he and his companion are directing their boys to Go With God, study hard but smart, do the right things, follow your heart, know the difference between right and wrong, mostly treat people fairly and be Kind. These boys always has his undivided attention whether it be School work, assistance with anything or Sports, Dad is always there.

Robert started out in life with a very modest family life, believing in the Lord and hard work. After graduating from High School with Honors, and an Athletic Scholarship, Robert earned BS, Business Management and then went to earn a Master's Degree in Finance. Robert was on his way to living the American Dream and was working hard at it to support his Beautiful family when this situation interrupted his life. Now he is before you asking for you to look at the facts and know that this is not him, this situation is earth shadowing to him and his family. Any consideration that you can afford Robert will not be in vain, and will be greatly appreciated. I promise you Robert will continue on his path working for his family, being a loving father, son, companion, brother and friend.

Should there be anything that you need from me please don't hesitate to contact me.

VERONICA H. GIBSON, REALTOR
18474 SW 87 Ct
Cutler Bay, Fl 33157
PH: 786-547-4791

Judge Ruiz:

This correspondence is to be submitted as a character testament for Robert Goff, III. Joseph Gibson has known Robert for 20 years as a son-in-law. As a retired Educator, Senior level administrator, and community organizer, this writer has a wide array of interpersonal experience with a broad spectrum of people. The following comments are primarily based upon insights gained from Mr. Goff's twenty year relationship with my daughter, Jamíla Gibson.

Mr. Goff has consistently represented himself in an upright manner. Our relationship has evolved into being like a father and son. His actions have always been represented with the highest level of character. Although not being one to easily cast judgment upon any person, this testament to Robert Goff's character is being submitted with the highest level of confidence.

Respectfully Submitted,


Joseph Gibson