UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60271-RAR

UNITED STATES OF AMERICA

vs.

ROBERT GOFF III,

    Defendant.

_____/

**<u>UNITED STATES' MOTION FOR DOWNWARD DEPARTURE</u>**

    The United States of America ("Government"), by and through the undersigned counsel, respectfully moves this Court to depart downward from the applicable advisory guideline range of Defendant Robert Goff III (the "Defendant") pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553. In support, the government states as follows:

    1.    On January 20, 2022, the Defendant pleaded guilty to a one-count Information charging him with conspiracy to solicit and receive health care kickbacks, in violation of Title 18, United States Code, Section 371.

    2.    The Defendant has provided the Government with substantial assistance, which will be described at his sentencing hearing, presently scheduled for June 23, 2022.

    3.    As a result of the Defendant's substantial assistance, the Government recommends a fifteen-percent (15%) reduction in his advisory guideline sentence. Such a reduction would result in an advisory guideline range of 25 to 31 months of incarceration pursuant to the parties' plea agreement.

4. The undersigned counsel has conferred with counsel for Defendant, and he does not oppose this Motion.

Dated: June 22, 2022          Respectfully submitted,

                                        JUAN ANTONIO GONZALEZ
                                      UNITED STATES ATTORNEY

                                      LORINDA LARYEA, ACTING CHIEF
                                      U.S. DEPARTMENT OF JUSTICE
                                      CRIMINAL DIVISION, FRAUD SECTION

By:   /s/ *Reginald Cuyler Jr.*
      Reginald Cuyler Jr.
      TRIAL ATTORNEY
      Florida Bar No. 0114062
      United States Department of Justice
      Criminal Division, Fraud Section
      12020 Miramar Parkway
      Miramar, Florida 33025
      Tel: (202) 748-3024
      reginald.cuyler.jr@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 22, 2022, I served and filed the forgoing document with the Clerk of the Court via ECF.

By:    /s/ *Reginald Cuyler Jr.*
Reginald Cuyler Jr.
TRIAL ATTORNEY
Florida Bar No. 0114062
United States Department of Justice
Criminal Division, Fraud Section
12020 Miramar Parkway
Miramar, Florida 33025
Tel: (202) 748-3024
reginald.cuyler.jr@usdoj.gov