UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE № 21-CR-60271-RUIZ

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

ROBERT GOFF III,

    *Defendant.*

_____/

## UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The Defendant, **ROBERT GOFF III**, through his undersigned counsel, pursuant to Federal Rule of Criminal Procedure 47, hereby moves this Honorable Court to enter an Order terminating **MR. GOFF'S** supervised release.  As grounds therefore, the Defendant avers the following:

1. On September 16, 2021, an Information was lodged against the Defendant for Conspiracy to Solicit and Receive Healthcare Kickbacks in violation of 18 U.S.C. §§ 371 and 982.

2. The Defendant entered a plea of guilty to the one count Information on January 20, 2022.

3. On June 23, 2022, **MR. GOFF** was sentenced to a term of twelve months and one day imprisonment and upon release, to a three (3) year period of supervised release.

4. On April 14 of 2023, the Defendant was released from custody and placed under the supervision of the United States Probation Office.

5. As of the date of the instant motion, **MR. GOFF** has been under supervision for approximately nineteen (19) months.

6. The Defendant has been living in Oklahoma since his release and his opportunities to support his family have been found wanting and he seeks to leave Oklahoma to find better prospects.

7. Based on the above and foregoing reasons, **MR. GOFF** respectfully requests that this Honorable Court terminate him from supervised release.

8. Undersigned counsel has conferred with Sydney Arrington, United States Probation Officer, regarding her position on the foregoing request, and she has advised counsel that she has no objection.

9. Pursuant to Local Rule 88.9, undersigned counsel conferred with the United States Department of Justice attorney, Reginald Cuyler, Jr., assigned to this cause, regarding his position on this motion and he has advised counsel that he has no objection to the Court granting the relief sought herein.

WHEREFORE, for good cause shown the Defendant, **ROBERT GOFF III,** respectfully request that this Honorable Court grant this Motion for Early Termination of Supervised Release.

    Respectfully submitted,

    **MICHAEL R. BAND, P.A.**
    1224 Alfred I. DuPont Building
    169 East Flager Street
    Miami, FL  33131
    Tel: 305.372.8500
    Email: michael@bandlawfirm.com

    *Michael R. Band*

    MICHAEL R. BAND
    Florida Bar № 228338

## C<small>ERTIFICATE OF</small> S<small>ERVICE</small>

I H<small>EREBY</small> C<small>ERTIFY</small> that on this 16th day of December 2024, a true and correct copy of the foregoing Motion for Early Termination of Supervised Release was furnished to all counsel on the list of counsel designated to receive electronic filings in this case.

*Michael R. Band*

M<small>ICHAEL</small> R. B<small>AND</small>