**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CR-60271-RAR**

**UNITED STATES OF AMERICA**

vs.

**ROBERT GOFF III,**

    Defendant.
_____/

**ORDER GRANTING MOTION FOR**
**EARLY TERMINATION OF SUPERVISED RELEASE**

**THIS CAUSE** comes before the Court on Defendant's Unopposed Motion for Early Termination of Supervised Release, [ECF No. 43] ("Motion"). The Government and United States Probation do not oppose Defendant's request for early termination. Motion at ¶¶ 8–9. The Court having carefully reviewed the Motion and the record, as well as having carefully considered the factors set forth in 18 U.S.C. § 3553(a) as mandated by 18 U.S.C. § 3583(e)(1), and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion, [ECF No. 43], is **GRANTED**. Defendant's term of supervised release is hereby **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of December, 2024.

                                                                                       _____
                                                                                       **RODOLFO A. RUIZ II**
                                                                                       **UNITED STATES DISTRICT JUDGE**